IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| COALITION FOR LIFE ST. LOUIS, dba COALITION LIFE, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-1651-SPM |
| Plaintiff, | | |
| v. | | The Hon. Stephen P. McGlynn United States District Judge |
| CITY OF CARBONDALE, ILLINOIS, | | |
| Defendant. | | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT Plaintiff Coalition for Life St. Louis dba Coalition Life hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on July 6, 2023, namely the decision (ECF 16) of this Honorable District Court granting the Motion to Dismiss of Defendant City of Carbondale, Illinois and dismissing this case.

Respectfully submitted,

THOMAS MORE SOCIETY

/s/Peter Breen
Peter Breen
309 W Washington, Ste 1250
Chicago, IL 60606
Tel: (312) 782-1680
pbreen@thomasmoresociety.org

Stephen M. Crampton*
P.O. Box 4506
Tupelo, MS 38803
Tel: (662) 255-9439
scrampton@thomasmoresociety.org

*Counsel for Plaintiff*

* *pro hac vice application to be filed*