# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 7, 2023

*By the Court*:

| No. 23-2414 | COALITION FOR LIFE ST. LOUIS, doing business as COALITION LIFE,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CARBONDALE, ILLINOIS,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-01651-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||

Upon consideration of the **UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRAP 42(b) AND IN RESPONSE TO COURT'S ORDER**, filed on August 4, 2023, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)